HOOD *v.* BIBB BROKERAGE CORPORATION.

BECK, P. J. Under the facts and issues presented in this record, the Court of Appeals, and not the Supreme Court, has jurisdiction of the writ of error. It is therefore ordered that the case be transferred to the Court of Appeals. *All the Justices concur.*

No. 9255. APRIL 13, 1933.

*E. F. Goodrum,* for plaintiff in error.
*Nottingham & Nottingham,* contra.